# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00103-KD |
| BRYAN MATTHEW THOMPSON | : |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Bryan Matthew Thompson, by consent, appeared by video before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered pleas of guilty to **Counts One and Four** of the Indictment charging violations of Title 18, U.S.C. § 2251(a), Production of Child Pornography, and Title 18, U.S.C., § 2252(a)(2), Distribution of Child Pornography.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offense. The Court therefore recommends that the pleas of guilty be accepted and that Defendant Bryan Matthew Thompson be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 14th day of December, 2020.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.