# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:20-00103-KD-B-1 |
| | ) |
| BRYAN MATTHEW THOMPSON, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 31) and without any objection having been filed by the parties, the Defendant's pleas of guilty to COUNT ONE and COUNT FOUR of the Indictment is now accepted, and the Defendant is adjudged guilty of such offenses.

The sentencing hearing is scheduled for **March 5, 2021** at **11:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile Alabama, 36602.

**DONE** and **ORDERED** this the **1st** day of **March 2021.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **CHIEF UNITED STATES DISTRICT JUDGE**